JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BENDER SR., individually and as Successor in Interest to MARK BENDER, JR. deceased<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-CV-01006-JGB-SP<br><br>**ORDER RE: STIPULATION TO CONSOLIDATE CASE 5:21-CV-01459-CBM-SP WITH CASE 5:21-CV-01006-JGB-SP FOR ALL PURPOSES** |
| TAMMY BENDER, individually and as Successor in Interest to MARK MATTHEW BENDER, JR.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SAN BERNARDINO, a municipal entity; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 5:21-CV-01459-JGB-SP |

　　　　IT IS HEREBY ORDERED that the parties stipulation to consolidate Tammy Bender v. City of San Bernardino, et al., bearing case number 5:21-CV-

- 1 -
ORDER TO CONSOLIDATE

1 | 01459-CBM-SP with <u>Mark Bender Sr. v. City of San Bernardino, et al.</u>, bearing
2 | case number 5:21-CV-01006-JGB-SP the above actions is GRANTED.  All
3 | filings shall now be made under the lower case number 5:21-CV-01006-JGB-
4 | SP.  The defendant shall have 14 days from the date of this order to file an
5 | Answer to the Complaint filed by plaintiff Tammy Bender.   The clerk is
6 | ordered to close case number 5:21-CV-01459-JGB-SP.

    IT IS SO ORDERED.

    DATED:   October 7, 2021

                                      Honorable Jesus G. Bernal
                                      United States District Judge